IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED,<br><br>        Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF<br>MENTAL HEALTH, et al.,<br><br>        Defendants.<br>_____/ | 1:08-cv-01321-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST<br>(Doc. 15.)<br><br>ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF |

Richard S. Kindred ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint initiating this action on September 5, 2008. (Doc. 1.)  This action now proceeds on the original Complaint, against defendants Barbra Devine, Pam Ahlin, and Linda Fields, Barron for violation of his rights under the First Amendment and the Religious Land Use and Institutionalized Persons Act (RLUIPA).[1]

On December 3, 2010, Plaintiff filed a notice to the Court, asserting that he did not receive a copy of Defendant's recent motion for extension of time, and requesting the Court to send him a "print out" of all activity in this case since August 2010.  The Court notes that Defendants filed a

---

[1] All other claims and defendants were dismissed from this action by the Court on July 22, 2010, based on Plaintiff's failure to state a claim.  (Doc. 9.)

1

Proof of Service on November 22, 2010, declaring that a copy of their motion for extension of time was served on Plaintiff at his current address of record. (Doc. 13 at 3.) Nonetheless, Plaintiff's request for a "print out" shall be granted.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request, filed on December 3, 2010, is GRANTED; and
2. The Clerk is directed to send Plaintiff a copy of the entire docket sheet for this action.

IT IS SO ORDERED.

**Dated:   December 13, 2010**               **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

2